```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                            :
MICHAEL GOLDBLATT,          :
                            :
        Petitioner,         :   Civ. No. 20-19987 (NLH)
                            :
    v.                      :   MEMORANDUM OPINION & ORDER
                            :
                            :
DAVID E. ORTIZ,             :
                            :
        Respondent.         :
_____:
```

APPEARANCE:

Michael Goldblatt
71046-050
FCI Bennettsville
Federal Correctional Institution
P.O. Box 52020
Bennettsville, SC  29512

    Petitioner Pro se[1]

Rachael A. Honig, Acting United States Attorney
Peter G. Vizcarrondo, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
401 Market Street
Camden, NJ 08101

    Attorneys for Respondent

---

[1] On August 2, 2021, the Court received mail returned as undeliverable that had been sent to Petitioner at FCI Fort Dix. ECF No. 10.  The Bureau of Prisons' inmate locator indicates Petitioner is presently located in FCI Bennettsville, South Carolina.  The Court will instruct the Clerk to update Petitioner's address accordingly and reminds Petitioner that it is his responsibility to keep the Court informed of any changes in address.  Local Civil Rule 10.1(a).

<u>HILLMAN, District Judge</u>

WHEREAS, Petitioner Michael Goldblatt filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, <u>see</u> ECF No. 1; and

WHEREAS, the Court ordered Respondent to answer the petition, <u>see</u> ECF No. 4; and

WHEREAS, Respondent requested an extension of time to submit its answer, ECF No. 7; and

WHEREAS, Respondent has since filed its answer, ECF No. 8,

THEREFORE, IT IS on this ___10th___ day of __August__, 2021

ORDERED that Respondent's request for an extension, ECF No. 7, is granted.  The answer, ECF No. 8, is deemed timely filed; and it is finally

ORDERED that the Clerk shall update Petitioner's address as stated in this Order and send Petitioner a copy of this Order by regular mail.


At Camden, New Jersey

                                       s/ Noel L. Hillman
                                       NOEL L. HILLMAN, U.S.D.J.