```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
MICHAEL GOLDBLATT,            :
                              :
          Petitioner,         :    Civ. No. 20-19987 (NLH)
                              :
     v.                       :    MEMORANDUM OPINION & ORDER
                              :
                              :
DAVID E. ORTIZ,               :
                              :
          Respondent.         :
_____:
```

APPEARANCE:

Michael Goldblatt
71046-050
FCI Bennettsville
Federal Correctional Institution
P.O. Box 52020
Bennettsville, SC  29512

    Petitioner Pro se

Philip R. Sellinger, United States Attorney
Peter G. Vizcarrondo, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
401 Market Street
Camden, NJ 08101

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Michael Goldblatt filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 seeking application of Time Credits earned under the First Step Act, which may lead to earlier release to a residential reentry

center, home confinement or supervised release, see ECF No. 1; and

WHEREAS, the Court ordered Respondent to supplement its answer with the effect, if any, of the Federal Bureau of Prison's new rule interpreting how and when federal prisoners earn Time Credits under the First Step Act, ECF No. 12; and

WHEREAS, Respondent requests additional time to submit its supplement, ECF No. 13,

THEREFORE, IT IS on this 4th day of April, 2022

ORDERED that Respondent shall file its supplemental brief, by May 2, 2022; and it is further

ORDERED that Petitioner may file a supplemental brief in response within 30 days of the date of the filing of Respondent's supplemental brief; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey     s/ Noel L. Hillman
                          NOEL L. HILLMAN, U.S.D.J.